UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 14 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JERRY BENOIT, BILLY STEVENS, § <br> CALVIN BENOIT, DENSEL STEWART, § <br> AND RICKY MARCEAUX § <br> FOR AND ON BEHALF OF § <br> THEMSELVES AND OTHER § <br> CURRENT AND FORMER § <br> EMPLOYEES SIMILARLY SITUATED § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> MPC INTERNATIONAL, INC. § <br> § <br> Defendant. § | CIVIL ACTION NO. H-99-4224 |

## ORDER

On the 22d day of December, 1999, Plaintiffs Jerry Benoit, et al. moved this Court for a Protective Order to preserve and protect records and documents. Having considered the arguments and authorities of counsel, the Court is of the opinion that Plaintiffs' Motion is well taken and that Plaintiffs' Protective Order should be granted.

THEREFORE IT IS ORDERED THAT Plaintiffs Motion for Protective Order is GRANTED. Defendant is ordered to preserve and protect all payroll records, employee records, employee personnel files, records relating to insurance plans, employee benefits, quarterly tax records, including all IRS Form 941s, Texas Workforce Commission records, including all Form C-3, tax information, including all tax returns, all schedules attached to the income tax returns, all Form 1099-MISCELLANEOUS records, and any other documents that touch and concern the matters set forth in Plaintiffs' Original Complaint. This Order applies to documents and records

19

dated from January 1, 1994 to the present.

Signed at Houston, Texas this 13th day of January, 2000

_January 13, 2000_
Date

_Marcia A. Crone_
JUDGE PRESIDING