UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 3 0 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jerry Benoit, Billy Stevens, Calvin Benoit, Densel Stewart, Ricky Marceaux, Joe Allen and Michael Long, on behalf of themselves and others similarly situated, § § § § § § | |
| Plaintiffs, § | Civil Action # H-99-4224 |
| vs. § § | |
| MPC International, Inc. et al, § § | |
| Defendants. § | |

## FINAL JUDGMENT

As the Court has received each Plaintiff's Acceptance of Defendants' Rule 68 Offer of Judgment in the above-referenced case, the Court hereby

ORDERS that judgment be entered in favor of Plaintiffs pursuant to the terms of the Rule 68 Offers of Judgment. This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this **29** day of **Jan**, 2002.

_____
DAVID HITTNER
United States District Judge

339